Filed Dec. 13, 1884.

---

No. 11,487.

THOMPSON v. THE MARION AND MONROE GRAVEL ROAD COMPANY.

From the Grant Circuit Court:

*I. VanDevanter, J. W. Lacey* and *W. VanDevanter*, for appellant.

HOWK, J.—In this case substantially the same questions are presented, and in the same manner, as those which were considered and decided by this court in *Thompson* v. *Marion, etc., Gravel Road Co., ante*, p. 449. Upon the authority of the case cited, and for the reasons there given, the judgment below in this case is affirmed, with costs.

Filed Dec. 9, 1884.